LAW OFFICES OF YAN E. SHRAYBERMAN
Yan E. Shrayberman (State Bar #253971)
P.O.Box 506
Fresno, California 93709
Telephone:   (559) 779-2315
Facsimile:   (213) 352-1010

Attorney for Defendant
MIGUEL MANZO

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Court Case#: 1:12-cr-00320-AWI-BAM |
|---|---|
| Plaintiff, | **STIPULATION AND O R D E R ON TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE** |
| v. | |
| MIGUEL MANZO | |
| Defendant. | |

    Defendant MIGUEL MANZO, though his counsel, respectfully requests that he be allowed to temporarily modify the conditions of his pre-trial release. Mr. MANZO wishes to travel overnight to Central District, to the City of Santana to visit his grandmother, together with his brothers and mother. He requests for a leave on November 28, 2013 after his work at 5pm and return on December 2, 2013 at 9pm. Mr. MANZO will abide by the curfew while in Santana and will check in with his pre-trial officer. On December 2, 2013, he will return to Fresno and will continue to be actively supervised by the Pre-Trial Services.

    MR.MANZO, never had any serious violations while on pre-trial release. This court has previously granted a modification of pre trial conditions, allowing his to travel to Santana for a family reunion. He has fully complied with courts conditions. In regard to this trip, this is may be the last time he will see elderly grandmother. He wishes to spend Thanksgiving with her and his brothers and mother.

This counsel has spoken with the counsel for the government and there is no objection to this temporary change of the conditions of his pretrial release. Likewise, Dan Stark of Pre-Trial Services and he also indicated that if the U.S. Attorney doesn't object he would not object either.

Date:11/25/2013 /s/Yan E. Shrayberman
YAN E. SHRAYBERMAN

Date:11/25/2013 /s/ Miguel Manzo
MIGUEL MANZO

Date:11/25/2013 /s/Kimberly Sanchez
KIMBERLY SANCHEZ.

LAW OFFICES OF YAN E. SHRAYBERMAN
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352 -1010

LAW OFFICES OF YAN E. SHRAYBERMAN
2131 Kern Street, Suite 131
Fresno, CALIFORNIA 91724
Telephone: (213)379-2315
Facsimile: (213) 352 -1010

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL MANZO<br><br>Defendant. | Court Case#:1:12-cr-00320-AWI-BAM<br><br>**STIPULATION AND O R D E R ON TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE** |

**IT IS ORDERED**, that the conditions of MIGUEL MANZO's pretrial release are hereby modified to reflect that MIGUEL MANZO may travel to the Central District, to the city of Santana on November 28, 2013 and returning December 2nd, 2013 and 9pm, and to any other reasonable condition that pre-trial officer deems necessary. All other conditions remain in force.
IT IS SO ORDERED.

Dated: **November 27, 2013**      /s/ *Barbara A. McAuliffe*
                                                                 UNITED STATES MAGISTRATE JUDGE